UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 06-14073 |
| | | CHAPTER 13 |
| TERRY J. ROCKEY | | |
| ANGELA M. ROCKEY | : | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

  Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

  The Trustee has made numerous attempts to contact the debtor(s). Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916929 | $28.74 |

Debtors Address
TERRY J. ROCKEY
ANGELA M. ROCKEY
3351 BETHEL NEW HOPE ROAD
BETHEL, OH  45106


                Respectfully submitted,

            /s/ Margaret A. Burks, Esq.
               Margaret A. Burks, Esq.
               Chapter 13 Trustee
               Attorney No. OH 0030377

               Francis J. DiCesare, Esq.
               Staff Attorney
               Attorney No. OH 0038798

               Karolina F. Perr, Esq.
               Staff Attorney
               Attorney No. OH 0066193

               600 Vine Street, Suite 2200
               Cincinnati, OH 45202
               (513) 621-4488
               (513) 621 2643 (Facsimile)
               mburks@cinn13.org - Correspondence only
               fdicesare@cinn13.org
               kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 16, 2010.

                                                      /s/     <u>Margaret A. Burks, Esq.</u>
                                                             Margaret A. Burks, Esq.

| Debtor(s) | Debtor(s) Counsel |
|---|---|
| TERRY J. ROCKEY | HAROLD JARNICKI, ESQ. |
| ANGELA M. ROCKEY | 576 MOUND COURT SUITE B |
| 3351 BETHEL NEW HOPE ROAD | LEBANON, OH  45036 |
| BETHEL, OH  45106 | |
| | U.S. TRUSTEE |
| | 36 EAST SEVENTH STREET, SUITE 2030 |
| | CINCINNATI, OHIO 45202 |
| | (service waived) |